478 A.2d 69

Commonwealth v. Bates, Appellant.

Submitted April 16, 1984. Glenn D. Welsh, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.

CERCONE, J., concurred in the result.